# IN THE SUPREME COURT OF THE STATE OF NEVADA

SHAC, LLC; D/B/A SAPPHIRE GENTELMEN'S CLUB, A NEVADA LIMITED LIABILITY COMPANY; JOHN LEE, AN INDIVIDUAL; PETER FEINSTEIN, AN INDIVIDUAL; AND DAVID MICHAEL TALLA, AN INDIVIDUAL,

Appellants,

vs.

NADINE RUSSO,

Respondent.

No. 85417

FILED

NOV 03 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Timothy C. Williams, District Judge
      Janet Trost, Settlement Judge
      Chesnoff & Schonfeld
      The Palmer Law Firm, P.C.
      Bighorn Law/Las Vegas
      Eighth District Court Clerk

22-34534